IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DAMON MARK LEWIS, #1297035,<br>       Petitioner,<br><br>v.<br><br>NATHANIEL QUARTERMAN, Director,<br>Texas Department of Criminal Justice,<br>Correctional Institutions Division,<br>       Respondent. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | 3:08-CV-1753-P |
| DAMON MARK LEWIS, #1297035,<br>       Petitioner,<br><br>v.<br><br>NATHANIEL QUARTERMAN, Director,<br>Texas Department of Criminal Justice,<br>Correctional Institutions Division,<br>       Respondent. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | 3:08-CV-1756-P |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF
## THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge William F. Sanderson, Jr., filed findings, conclusions and a recommendation in this case on June 4, 2009.  On June 15, 2009, Petitioner filed a Motion for an extension of time to file objections to the Magistrate's Judge's Findings.  Petitioner filed objections on June 22, 2009.  Petitioner's Motion for extension of time is granted, and Petitioner's objections filed June 22, 2009, have been considered. The District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made.  The objections are overruled, and the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

SO ORDERED this 30th day of June, 2009.

_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE